```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 00268
    GBOLAHAN A ABIOLA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2483


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/11/2006 and was confirmed 02/27/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 02/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------
PROGRESSIVE CREDIT UNION   SECURED                  .00           .00              .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG      21575.31           .00         21575.31
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE      22024.41           .00          9733.66
PIERCE & ASSOC             NOTICE ONLY     NOT FILED             .00              .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER        425.96           8.25             8.79
CHASE BANK USA NA          UNSEC W/INTER       1033.92          29.04            24.12
FIRST NORTH AMERICAN NAT   UNSEC W/INTER   NOT FILED             .00              .00
PREMIER BANCARD CHARTER    UNSEC W/INTER        545.29           7.04            12.72
ECAST SETTLEMENT CORP      UNSEC W/INTER        496.96           7.15            11.59
MARSHALL FIELDS            UNSEC W/INTER        752.85          26.58            17.56
US DEPT OF EDUCATION       UNSEC W/INTER       2476.61          86.57            65.04
ORCHARD BANK               UNSEC W/INTER   NOT FILED             .00              .00
GBOLAJAN A ABIOLA          SECURED NOT I    158964.00            .00              .00
CAPITAL ONE                UNSEC W/INTER       1013.54          28.47            23.64
CAPITAL ONE                UNSEC W/INTER       4263.79         150.52            99.46
CAPITAL ONE                UNSEC W/INTER       1777.64          62.75            41.47
CAPITAL ONE                UNSEC W/INTER       2502.13          88.33            58.37
CHASE BANK USA NA          SECURED NOT I          .00            .00              .00
B-LINE LLC                 UNSEC W/INTER       2991.97          86.30            69.80
SHERIDAN POINT CONDOMINI   SECURED             3878.89            .00          3300.00
TIMOTHY K LIOU             DEBTOR ATTY       1,509.20                         1,509.20
TOM VAUGHN                 TRUSTEE                                            2,212.27
DEBTOR REFUND              REFUND                                                  .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               39,344.00

PRIORITY                                           .00
SECURED                                      34,608.97

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00268 GBOLAHAN A ABIOLA
```

```
UNSECURED                                                              432.56
    INTEREST                                                           581.00
ADMINISTRATIVE                                                       1,509.20
TRUSTEE COMPENSATION                                                 2,212.27
DEBTOR REFUND                                                             .00
                                            ----------------   ----------------
TOTALS                                             39,344.00          39,344.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                             PAGE   2
         CASE NO. 06 B 00268 GBOLAHAN A ABIOLA